# Court of Appeals, State of Michigan

## ORDER

Ingham County Treasurer v Faiek Zeineh

Docket No. 346626

LC No. 17-000439-CZ

Mark T. Boonstra
Presiding Judge

Jonathan Tukel

Anica Letica
Judges

The Court orders that the January 21, 2020 opinion issued in this case is hereby AMENDED to correct the following clerical errors:

On page 1, first paragraph, second sentence, the word "petitioner" is replaced with "respondent."

On page 5, first paragraph, first sentence, the word "petitioner" is replaced with "respondent."

In all other respects, the January 21, 2020 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 2 4 2020
Date

Chief Clerk